UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIRST ACCEPTANCE INSURANCE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIV. ACT. NO. 2:20-cv-554-TFM-C ) |
| VANDERLISA ROSSER, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court are Defendants Med-Trans Corporation and Air Evac EMS's *Withdrawal of Claim and Motion to Dismiss* (Doc. 99, filed June 23, 2021) and Plaintiff First Acceptance Insurance Company's *Motion to Dismiss UAB Hospital* (Doc. 103, filed July 8, 2021). Taking Defendants' motion first, they assert that both Med-Trans Corporation and Air Evac EMS have withdrawn their previously asserted claims and no longer "have any interest in the outcome of this declaratory judgment action." Doc. 99 at 1. On July 8, 2021, Plaintiff filed a response to the motion indicating that they do not object to Defendants' motion as they agree that both defendants "do not have any interest in the outcome of the declaratory judgment action." Doc. 102. Accordingly, it is **ORDERED** that Defendants Med-Trans Corporation and Air Evac EMS's *Withdrawal of Claim and Motion to Dismiss* (Doc. 99) is **GRANTED**. The claims in this case against Defendants Med-Trans Corporation and Air Evac EMS are **DISMISSED without prejudice** with each party to bear their own attorneys' fees and costs.

Similarly, in Plaintiff's *Motion to Dismiss UAB Hospital* (Doc. 103), Plaintiff states that according to Defendant UAB Hospital's *Answer* (Doc. 101, filed June 28, 2021), UAB Hospital "is not asserting an independent claim against the Plaintiff or the proceeds of any insurance

coverage." Consequently, Plaintiff asserts that "because UAB Hospital no longer is asserting a claim, it is proper to be dismissed from this action."

Plaintiff does not indicate which provision it moves pursuant to. The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(i)–(ii). Further, where Rule 41(a)(1) does not apply, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2). Plaintiff's motion was filed subsequent to Defendant UAB Hospital serving its Answer, thus, Rule 41(a)(1) does not apply. Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), it is **ORDERED** that Plaintiff's *Motion to Dismiss UAB Hospital* (Doc. 103) is **GRANTED**. The claims in this case against Defendant UAB Hospital are **DISMISSED without prejudice** with each party to bear their own attorneys' fees and costs.

**DONE** and **ORDERED** this 9th day of July, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE