IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FIRST ACCEPTANCE INSURANCE COMPANY, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACT. NO. 2:20-cv-554-TFM-C |
| VANDERLISA ROSSER, *et al.*, | : : | |
| Defendants. | : : | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order (Doc. 117) that was entered on July 28, 2022, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Plaintiff First Acceptance Insurance Company, Inc.'s Motion for Summary Judgment (Doc. 110) is **GRANTED**, and summary judgment is entered in favor of Plaintiff and against Defendants Shequendolyn Monique Gunn, individually and as the mother and next friend of T.G.; Michael Keels; Harry McCants; Alabama Medicaid Agency; Baptist Medical Center South; Blue Cross Blue Shield of Alabama; Children's Hospital; Equian, LLC; MRA Revecore; Paragon Contracting Services, LLC; and Vaughan Regional Medical Center; and

(2) Default judgment is entered in favor of Plaintiff and against Defendants Vanderlisa Rosser, individually and as the mother and next friend of J.B. and T.D., and Tre'von Wilson.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is hereby closed.

**DONE** and **ORDERED** this 3rd day of August 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE